**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Heriberto GARZA–RANGEL,**
**Defendant–Appellant.**

No. 08–20117
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 29, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport Mail Center, Rockport, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Heriberto Garza–Rangel has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garza–Rangel has not filed a response. Our independent review of the record and counsel's briefs discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.